UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BOUBACAR DIALLO,

                              Plaintiffs,

   -against-

IRENA FISHMAN and HARRIS FISHMAN,

                              Defendants.
----------------------------------------------------------------X

JUDGMENT
01-CV-1415 (SLT)

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 31, 2008, directing the Clerk of Court to enter judgment in favor of defendants and against plaintiff dismissing the action; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of defendants and against plaintiff dismissing the action.

Dated: Brooklyn, New York
         March 31, 2008

Robert C. Heinemann
Clerk of Court

By:   <u>s/ TV</u>
      Terry Vaughn
      Chief Deputy of
      Court Operations